JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| YAFA YEROUSHLIM, | Case No. CV 19-1697-GW-MAAx |
| Plaintiff, | Hon. George H. Wu |
| v. | |
| TARGET CORPORATION, and DOES 1 to 20, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Defendants. | [Filed concurrently with Stipulation of Dismissal Without Prejudice] |
| _____/ | |

After review of the parties' Stipulation of Dismissal Without Prejudice, and good cause appearing therefor, the Court orders this matter dismissed without prejudice until performance of the settlement agreement is completed, each party to bear its own fees and costs. This Court shall retain jurisdiction over the parties to enforce the settlement agreement until performance of the settlement agreement is completed.

IT IS SO ORDERED.

Dated: March 23, 2020       __*George H. Wu*_____

Hon. George H. Wu
United States District Judge

**SNYDER BURNETT
EGERER, LLP**
5383 Hollister Avenue
Suite 240
Santa Barbara, CA 93111

1

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE**